UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SANCHAZ HAROLD                                          CIVIL ACTION

VERSUS                                                        NO. 25-792

JORDAN JOSHLIN, *et al*.                              SECTION M (5)

## ORDER

Having considered the record, the applicable law, the magistrate judge's partial Report and Recommendation ("R&R"),[1] and the plaintiff's failure to file any objections to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter. Accordingly,

IT IS ORDERED that plaintiff's claims against Jordan Joshlin and Terry Lane are DISMISSED WITHOUT PREJUDICE for failure to effect service under Rule 4(m) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 31st day of March, 2026.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 34.