UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SANCHAZ HAROLD                                              CIVIL ACTION

VERSUS                                                     NO. 25-792

JORDAN JOSHLIN, *et al.*                                   SECTION M (5)

## ORDER

Having considered the record, the applicable law, the magistrate judge's partial Report and Recommendation ("R&R"),[1] and the plaintiff's failure to file any objections to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter.

Accordingly,

IT IS ORDERED that Nurse Angela Brazil's motion to dismiss for insufficient service of process pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure (R. Doc. 33) is GRANTED, and all claims against Nurse Brazil are DISMISSED WITHOUT PREJUDICE for failure to effect proper service on her under Rules 4(e) and 4(m) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 22nd day of May, 2026.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 41.